# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1484
_____

MARKIEPH PALMER,

    Appellant,

    v.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela Dempsey, Judge.


September 11, 2025

PER CURIAM.

    DISMISSED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Markieph Palmer, pro se, Appellant.

Stephanie M. Simm of Clarke Silverglate, P.A., Miami, for Appellee.